# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 8:26-cr-89-JLB-AAS

JOSEPH SCOTTO_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P., entered a plea of guilty to **Count One of the Information**. After cautioning and examining the defendant under oath concerning each of the subjects in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Therefore, I recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have a sentence imposed accordingly.

Date:  April 21, 2026

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.  A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.