UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:26-cr-00089-JLB-AAS

JOSEPH SCOTTO

**UNOPPOSED MOTION FOR AN ORDER
TO DEPOSIT FUNDS AND DISBURSE**

The United States and Joseph Scotto request an order directing the Clerk of Court to accept his prejudgment payments. The Clerk should hold these funds in an interest-bearing account (the Court Registry Investment System) until a judgment of conviction and restitution order have been entered and then apply the deposited funds toward his restitution. The parties anticipate that the Court will order restitution in the amount of $2,164,790, as outlined in the Plea Agreement. After payment of restitution, any surplus funds should be applied to the defendant's other criminal monetary penalties, including special assessment and fines. *See* 28 U.S.C. §§ 2041, 2042.

If the prejudgment payments accrue interest in an amount that exceeds all criminal monetary penalties, any surplus accrued interest should be remitted to the Crime Victims Fund.

Respectfully submitted,

GREOGRY W. KEHOE
United States Attorney

By:   *s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation Program/cll
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6038
Facsimile: (813) 301-3103
E-Mail: FLUDocket.mailbox@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 27, 2026, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system, which will send a notice of electronic

filing to all parties of record.

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
