# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (TAMPA)
### Case No.: 8:26-cr-00089-JLB-AAS-1

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**JOSEPH SCOTTO,**

       **Defendant.**

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, **JOSEPH SCOTTO** ("**Mr. Scotto**"), by and through undersigned counsel, hereby files this Unopposed Motion to Continue Sentencing Hearing, and in support thereof, states as follows:

1. On March 16, 2026, Mr. Scotto was charged by Information with one (1) count of making and subscribing a false tax return, in violation of 26 U.S.C. § 7206(1) (Count 1). (D.E. 1).

2. On April 21, 2026, Mr. Scotto pled guilty to Count 1 of the Information. (D.E.s 12, 16, and 20).

3. Sentencing is set for August 5, 2026 at 2:30 P.M. (D.E. 20).

4. Due to scheduling conflicts arising from the undersigned's personal and professional commitments between July 20, 2026 and August 9,

2026, Mr. Scotto respectfully requests that the Court reschedule his Sentencing Hearing to August 25, 2026 at 3:30 P.M.

5.      Mr. Scotto's request is made in good faith and not for the purpose of unnecessary delay.

## LOCAL RULE 3.01(g) CERTIFICATION

6.      Undersigned counsel has conferred with Assistant United States Attorneys Ross Roberts and Whitney Mackay, who advised that the government has **no objection to** the relief requested herein.

**WHEREFORE**, Defendant, **JOSEPH SCOTTO**, respectfully requests this Court grant his Unopposed Motion to Continue Sentencing Hearing, and grant such other relief as is just and proper.

Respectfully submitted,

**GRAYROBINSON, P.A.**
Attorneys for Defendant
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
brian.bieber@gray-robinson.com

By:    s/Brian H. Bieber
        BRIAN H. BIEBER
        Florida Bar #8140

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Brian H. Bieber
BRIAN H. BIEBER