**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA (TAMPA)**
**Case No.: 8:26-cr-00089-JLB-AAS-1**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSEPH SCOTTO,**

**Defendant.**
_________________________________/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant, **JOSEPH SCOTTO ("Mr. Scotto")**, by and through undersigned counsel, hereby files this Unopposed Motion to Continue Sentencing Hearing, and in support thereof, states as follows:

1. On March 16, 2026, Mr. Scotto was charged by Information with one (1) count of making and subscribing a false tax return, in violation of 26 U.S.C. § 7206(1) (Count 1). (D.E. 1).

2. On April 21, 2026, Mr. Scotto pled guilty to Count 1 of the Information. (D.E.s 12, 16, and 20).

3. On September 10, 2026, the Court granted Mr. Scotto's Unopposed Motion to Continue Sentencing. (D.E. 32).

4. Sentencing is presently set for November 12, 2026, at 1:30 P.M. (D.E. 32).

5. Based upon Mr. Scotto's ongoing cooperation with the Government (which began almost two (2) years ago), he respectfully requests that the Court reschedule his Sentencing Hearing to a date convenient for the Court at the end of March, or April, 2027.

6. Mr. Scotto's request is made in good faith and not for the purpose of unnecessary delay.

7. Mr. Scotto's lengthy request is based upon the following reasons:

a) The parties believe Mr. Scotto's cooperation will conclude at the end of January 2027; and

b) A related case for a different Defendant has likewise been continued for a lengthy period of time for the same purpose (United States v. Goldstein, Case No. 8:23-cr-00431-TPB); and

c) The undersigned is scheduled for trial beginning January 4, 2027, in the Eastern District of New York in the case United States v. Jeffries, Case No. 2:24-cr-00423-NJC, which is expected to last approximately three (3) months.[1]

[1] The undersigned apologizes in advance to this Court for the additional length of his continuance request past what he would ordinarily request, but same is due to these extenuating circumstances.

**LOCAL RULE 3.01(g) CERTIFICATION**

8. Undersigned counsel has conferred with Assistant United States Attorneys Ross Roberts and Whitney Mackay, who advised that the Government has **no objection** to the relief requested herein.

**WHEREFORE,** Defendant, **JOSEPH SCOTTO** respectfully requests this Court grant his Unopposed Motion to Continue Sentencing Hearing, and grant such other relief as is just and proper.

Respectfully submitted,

**GRAYROBINSON, P.A.**
Attorneys for Defendant
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
brian.bieber@gray-robinson.com

By: s/Brian H. Bieber
BRIAN H. BIEBER
Florida Bar #8140

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Brian H. Bieber
BRIAN H. BIEBER